IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROYCE GLEN MCDADE                                                      PLAINTIFF

vs.                                    Civil No. 6:11-cv-06032

MICHAEL J. ASTRUE                                                      DEFENDANT
Commissioner, Social Security Administration

## J U D G M E N T

Comes now the Court in accordance with the Memorandum Opinion entered in the above-
styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the
Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is
hereby dismissed with prejudice.

**ENTERED this 6th day of August 2012.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE