IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROYCE GLEN MCDADE                                                                                    PLAINTIFF

vs.                                       Civil No. 6:11-cv-06032

MICHAEL J. ASTRUE                                                                                    DEFENDANT
Commissioner, Social Security Administration

**ORDER**

Before this Court is Plaintiff's Motion for Reconsideration.  ECF No. 29.  With this Motion, Plaintiff seeks to have this Court reconsider its decision to affirm the unfavorable disability determination entered by the Social Security Administration.  *Id.*  Having carefully reviewed the briefing Plaintiff submitted as a part of this Motion, this Court finds no basis for reconsidering Plaintiff's case.  Thus, this Court **DENIES** Plaintiff's Motion for Reconsideration (ECF No. 29).

**ENTERED this 22nd day of August 2012.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE